[No. 1236-2.    Division Two.    February 11, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. BERG AUTO SALES, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 60264, William F. LeVeque, J., entered April 23, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1406-2.    Division Two.    February 13, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH E. MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 3786, Frank L. Price, J., entered January 7, 1974. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Pearson and Petrie, JJ.

[No. 1441-2.    Division Two.    February 13, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. WALLACE LEROY HAMMERS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 3909, D. J. Cunningham, J., entered April 19, 1974. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Pearson and Petrie, JJ.

[No. 1052-3.    Division Three.    February 14, 1975.]

DONALD E. WEBBER, *Respondent*, v. ROBERT C. LUCKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 26520, Albert Yencopal, J., entered December 20, 1973. *Affirmed* by unpublished per curiam opinion.